**Opinion issued March 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00191-CV

————————————

## IN RE AOCO OPERATING, LLC, AOCO OPERATING MANAGEMENT, INC., STAN DECKER, JOHN DECKER, AND DECKER ENERGY INVESTMENTS, LP, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, AOCO Operating, LLC, AOCO Operating Management, Inc., Stan Decker, John Decker, and Decker Energy Investments, LP, have filed a motion for emergency stay of the underlying proceedings, seeking to stay the trial court's order compelling arbitration. Relators have also filed a petition for writ of mandamus challenging the trial court's January 23, 2013 order denying their

motion to transfer venue and January 23, 2013 order granting real party in interest, Juno Energy, LLC's, motion to abate and compel arbitration.[1]

We deny the petition for writ of mandamus. All pending motions are denied.

**PER CURIUM**

Panel consists of Justices Jennings, Bland, and Massengale.

---

[1] The underlying case is *Juno Energy, LLC v. AOCO Operating LLC, AOCO Operating Management, Inc., Stan Decker, John Decker, and Decker Energy Investments, LP*, No. 2012-56268, in the 164th District Court of Harris County, Texas, the Honorable Alexandra Smoots-Hogan presiding.